# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| SETH GOTTFRIED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-3548 |
| | § | |
| BACKCHINA, LLC | § | |
| | § | |
| Defendants. | § | Jury Demand |

## ORDER ON BACKCHINA, LLC'S AGREED MOTION TO STAY LITIGATION IN LIGHT OF COVID-19 PANDEMIC

The Court, having considered BackChina, LLC's, Agreed Motion to Stay Litigation in Light of COVID-19 Pandemic, and all other evidence of record is of the OPINION that BackChina's Motion should be GRANTED. All deadlines in this matter are hereby stayd for two months. It is so ORDERED.

August 18, 2020
Date

_____
Judge Presiding